■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON ROMAN, Appellant. [752 NYS2d 893] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 4, 1999 (*People v Roman*, 265 AD2d 349), modifying a judgment of the Supreme Court, Queens County, rendered November 20, 1990.

Ordered that the appellant is granted leave to serve and file a brief on the issue of whether he was improperly cross-examined by the prosecutor regarding prior bad acts in violation of CPL 240.43; and it is further,

Ordered that pursuant to County Law § 722 the following named attorney is assigned as counsel: Steven Feldman, Esq., 300 Rabro Drive, Hauppauge, N.Y., 11788, and it is further,

Ordered that assigned counsel shall serve and file a brief expeditiously in accordance with this Court's rules (*see* 22 NYCRR 670.1 *et seq.*) and written directions; and it is further,

Ordered that the application is held in abeyance in the interim. Prudenti, P.J., Smith, Friedmann and Schmidt, JJ., concur.